**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael Rochelle LUCAS, Defendant— Appellant.**

**No. 05–7890.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 22, 2006.

Michael Rochelle Lucas, Appellant Pro Se. Steve R. Matheny, Sue C. Beasley, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Rochelle Lucas, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lucas*, No. CA–05–293–5 (E.D.N.C. Nov. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*